### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**DAVID RAY EVANS**                                                            **PLAINTIFF**
**ADC #109126**

**v.**                            **CASE NO. 5:15CV00045 BSM**

**LAURA MORGAN et al.**                                                        **DEFENDANTS**

### JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without

prejudice.

IT IS SO ORDERED this 13th day of April 2015.


_____
UNITED STATES DISTRICT JUDGE